IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEMARIO SHAWN BARNES, #275286, )<br>)<br>Plaintiff, )<br>)<br>) | CASE NO. 2:13-CV-887-TMH |
| )<br>)<br>SGT. DOMINIC WHITLEY, )<br>)<br>Defendant. ) | |

# ORDER

The Magistrate Judge entered a Recommendation (Doc. 22) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation of the Magistrate Judge is hereby ADOPTED; Defendant's motion for summary judgment is GRANTED; this case is dismissed with prejudice; and the costs of this proceeding be taxed against Plaintiff.

A separate judgment shall issue.

Done this 16th day of July, 2014.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE